UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KUNTA A. MUWWAKIL, <br><br> Petitioner, <br><br> v. <br><br> JEFFREY GRONDOLSKY, <br><br> Respondent. | Civil Action No. <br> 17-11482-ADB |

## ORDER

BURROUGHS, D.J.

On August 9, 2017, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Clerk assigned the action pursuant to the Court's Program for Random Assignment of Civil Cases to Magistrate Judges. The assigned magistrate judge granted Petitioner until September 15, 2017, either to pay the $5.00 filing fee or file a motion for leave to proceed in forma pauperis accompanied by a certified prison account statement. Petitioner was advised that failure to do so may result in dismissal of this action without prejudice. Petitioner has failed to file a response and the time period for doing so has expired. The Clerk reassigned this action to the undersigned for further review.

Based upon the foregoing, it is hereby ORDERED that this action is DISMISSED WITHOUT PREJUDICE and the Clerk shall enter a separate order of dismissal.

**SO ORDERED.**

                                                                           /s/ Allison D. Burroughs
                                                                           Allison D. Burroughs
                                                                           United States District Judge

Dated: October 30, 2017